WALTER MARCZESKI v. PITTSBURGH STEEL ORE COMPANY. C. A. SWANSON AND ANOTHER, APPELLANTS.[1]

January 12, 1923.

No. 23,110.

**Case followed.**

Plaintiff petitioned the district court for Crow Wing county that it determine the fee to be allowed G. S. and C. H. Swanson for services and disbursements as his attorneys in effecting with defendant corporation a settlement of his claim, and that they return to petitioner the difference between the $900 retained by them and the amount to be fixed by the court. The matter was heard by McClenahan, J., who made findings fixing the attorneys' compensation at $250, and ordered them to pay plaintiff the sum of $650 within 90 days after personal service of a copy of the findings. From the judgment entered pursuant to the order for judgment, respondents appealed. Affirmed.

*Swanson & Swanson,* pro se.
*M. E. & C. A. Ryan,* for respondent.

PER CURIAM.

This is a companion case to Sarja v. Pittsburgh Steel Ore Co., supra, page 217, 191 N. W. 742, in which a decision has this day been filed. The proceeding, the judgment and the assignments of error and the briefs are the same as in that case and the result must be the same.

The judgment is affirmed.

[1]Reported in 191 N. W. 743.